This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**WELLS FARGO BANK, N.A.,**

　　Plaintiff-Appellee,

v.　　　　　　　　　　　　　　　　　　　　　　　　NO. 32,182

**BOBBY DALE ADAMS, BONNIE CHARLENE ADAMS, and OCCUPANTS WHOSE TRUE NAME ARE UNKNOWN,**

　　Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF LEA COUNTY**
**Richard J. Brown, District Judge**

Holland & Hart LLP
Larry J. Montano
Santa Fe, NM

Castle Stawiarski LLC
Elizabeth Mason
Albuquerque, NM

for Appellee

Templeman & Crutchfield, PA
Barry C. Crutchfield

Lovington, NM

for Appellants

**MEMORANDUM OPINION**

**CASTILLO, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

Dismissed.

**IT IS SO ORDERED.**

_____

**CELIA FOY CASTILLO, Chief Judge**

**WE CONCUR:**

_____

**JONATHAN B. SUTIN, Judge**

_____

**CYNTHIA A. FRY, Judge**